UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR,**

     Plaintiff,

vs.                         CASE NO. 6:25-cv-01054-JSS-LHP

**TRACTOR SUPPLY COMPANY,**
**a foreign for-profit corporation,**

     Defendant.

_____/

## NOTICE OF FILING PLAINTIFF'S RESPONSES TO COURT INTERROGATORIES

Plaintiff ENRIQUE ALVEAR, through undersigned counsel and in compliance with this Court's ADA Scheduling Order dated June 27, 2025 [ECF No. 8], hereby gives notice of filing Plaintiff's Responses to Court Interrogatories attached as Exhibit "A".

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Lead Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919 307<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>6355 N.W. 36th Street, Suite<br><br>Virginia Gardens, FL 33166<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>duranandassociates@gmail.com |
| By_____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By _____*s/ Pelayo M. Duran*___<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**Exhibit "A"**
**Plaintiff's Responses to Court Interrogatories**

1.      Residence address.

**RESPONSE:**

**1200 Beville Road, Apt. 118, Daytona Beach, FL, 32114.**

2.      Name of your current employer and place of employment.

**RESPONSE:**

**I am currently unemployed.**

3.      Date(s) and time(s) that you visited the facility.

**RESPONSE:**

**I first visited the Defendant's website on my personal computer on March 9, 2025, during the daytime but I cannot recall the exact time(s).**

4.      Purpose of your visit(s) and duration of your stay(s).

**RESPONSE:**

**I have traditionally browsed websites, such as this one, for information regarding the company. I am a potential customer of the Defendant. I also intend in my capacity as a "tester" of company websites to revisit the website in the near future (now as early as August 2025) to ascertain what, if any, changes or modifications may have been made to the website to make it more accessible to the blind. Indeed, when I visited the website, the information I research includes:**

**a. Business locations.**

**b. Hours of operation.**

2

   c. **Product and service offerings.**

   d. **Pricing.**

   e. **Online purchasing.**

   f. **Coupons.**

**In this case, I specifically visited the subject website to make a purchase of Defendant's products.**

   5.    Did anyone else accompany you? If so, who?

**RESPONSE:**

**No one accompanied me in visiting the website on the date I visited the website.**

   6.    Describe the nature of your disability.

**RESPONSE:**

**I have been blind and visually disabled in that I have been medically diagnosed with and suffer from retinal detachment to both eyes, which completely impairs my vision and ability to see. Because I am blind, I cannot use my computer without the assistance of appropriate and available screen reader software.**

   7.    Specifically list each of the architectural barriers which you personally observed or experienced at this facility.

**RESPONSE:**

**My case is based on the inaccessibility of Defendant's website as a necessary service, privilege, advantage, and extension of, and gateway to, Defendant's physical stores. It is not being brought**

regarding any architectural barriers at Defendant's physical stores. The website's access barriers, some of which I personally encountered when I visited the website and others that were reported to me by my reviewing expert, ADASure, were the following:

(a) Level A Guideline 1.3.1 – Info and Relationships (Information, structure, and relationships conveyed through presentation can be programmatically determined or are also available in text) – When the "Protection Plan" or "Delivery" buttons are successfully selected on a product page, the lack of any verbal notification to inform the screen reader user that such an action occurred. Sighted users can see a checkmark on the button when it is selected, however, nothing is announced by the screen reader software either during or after its selection with the enter key;

(b) Level A Guideline 2.1.1 – Keyboard (website must be accessible by keyboard only (no mouse or other pointing device)) – A pop-up that, when displayed, is not announced nor given focus. When the "Compare" checkbox is selected for a product on a collection page, the product is automatically added to the cart, however, the cart pop-up that displays following from this selection does not receive announcement nor focus. Instead, tab focus continues on the underlying page. As a result, the screen reader user has no idea what is occurring and has no way of comparing products. When the "Compare" checkbox is clicked with a mouse, in contrast, the item is added to the "Compare" banner that appears at the bottom of the page. This was tested multiple times with the same result;

(c) Level A Guideline 2.1.1 - Keyboard (2) (website must be accessible by keyboard only (no mouse or other pointing device)) – Filter options that are not fully accessible on collection pages. When a filter button is selected, its menu expands accordingly, and the screen reader software announces all content displayed in the menu at once. Pressing the tab key then moves focus to the first element in the menu, followed by the screen reader software announcing, for a second time, all content displayed in the

4

menu. Then, with the next tab key press, the menu closes and the screen reader software announces the (now) collapsed filter button. As a result, the screen reader user can never tab past the first option in an expanded filter menu, which makes most of the filter options inaccessible;

(d) Level A Guideline 2.4.3 – Focus Order (website provides focus in a logical order that preserves meaning and operability) – When a product is added to the cart directly from a collection page, an inaccessible cart pop-up. For example, when the "Add to Cart" button is selected for a product on a collection page, a cart pop-up appears but is not announced nor given focus. Instead, tab focus continues on the underlying page. As a result, the screen reader user must tab through the remainder of the products displayed on the current page before focus finally moves to the pop-up; the pop-up is given focus just before the footer;

(e) Level A Guideline 2.4.3 - Focus Order (2) (website provides focus in a logical order that preserves meaning and operability) – On product pages, a cart pop-up that is inaccessible. When the "Add to Cart" button is selected, a cart pop-up appears but is not announced nor given focus. Instead, tab focus continues on the underlying page. The screen reader user must tab through the remainder of the current page and footer links before focus moves to the pop-up;

(f) Level A Guideline 2.4.3 - Focus Order (3) (website provides focus in a logical order that preserves meaning and operability) – FAQs that are inaccessible. For example, tab focus immediately moves from the "Financing Options" link just above the "Help Topics & FAQ" section to the first input field in the "Contact Us" section below it. None of the clickable buttons used to expand any of the categories in the "Help Topics & FAQ" section are given focus;

(g) Level A Guideline 4.1.2 - Name, Role, Value (All interactive elements are labeled with a descriptive name, role, and

5

current value) – On the home page, unlabeled graphic links. For example, the "Columbia" link is announced as "advertisement frame link click xai equals (random assortment of letters and numbers) clickable". From this, the screen reader user cannot know its purpose nor destination. Additionally, when given focus with the arrow keys, none of the text visible on the image for the link is announced. There are a total of three graphic links announced only as "advertisement frame link…" on the home page. For example, the "Grilling & Gardening Season" link is announced as "campaign handle value driven message graphic link". Again, the screen reader user cannot know its purpose nor destination, and none of the text visible on the image is announced when given focus with the arrow keys. Additionally, there are a total of eight graphic links announced only as "campaign handle value…" on the home page;

(h) Level A Guideline 4.1.2 - Name, Role, Value (2) (All interactive elements are labeled with a descriptive name, role, and current value) – Unlabeled color options. These are announced only as "image (#) toggle button pressed/not pressed". As a result, the screen reader user cannot know the purpose of the element nor what color options are available for the products. Additionally, the visibly sold-out color options are not verbally identified as sold out; these are announced and can be selected the same way as in-stock options;

(i) Level AA Guideline 1.4.5 – Images of Text (website doesn't use images of text (screen readers are unable to read)) – The comparison chart on the "TSC Credit Cards" webpage cannot be read with the screen reader software. This is presented as an image of text, and when given focus with the arrow keys, the screen reader software announces it only as "graphic credit center". None of the content on the chart is announced for the screen reader user;

6

(j) **Level AA Guideline 1.4.5 - Images of Text (2) (website doesn't use images of text (screen readers are unable to read)) – On product pages, images of text, including size chart images in the image gallery, that are inaccessible. When these images receive focus with the arrow keys, the screen reader software announces them only as "clickable graphic image showing (product name)". None of the content displayed on the image is announced nor repeated elsewhere on the product page; and**

(k) **Level AA Guideline 1.4.5 - Images of Text (3) (website doesn't use images of text (screen readers are unable to read)) – On the "Size Chart" pop-up, inaccessible size charts. When the "Size Chart" button is selected on a product page, a "Size Chart" pop-up is displayed and tab focus moves to its "Close" button, which is announced. Pressing the down arrow key then results in a brief description of what is displayed on the size chart, followed by an almost identical announcement of "graphic image showing size chart for (product name)". None of the content displayed on the size chart is announced for the screen reader user.**

**Although the website appeared to have an "accessibility" statement linked from its home page, that "accessibility" statement made navigating the website more complex and problematic, and still could not be effectively accessed by, continued to be a barrier to, and did not provide a viable alternative for me to fully, equally, quickly, and effectively access and navigate the website.**

8.    Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.

<u>**RESPONSE:**</u>

**I memorialized these events and the encountered barriers by executing a sworn declaration, a copy of which is attached as Exhibit "1". In addition, my counsel retained an expert, ADASure, who independently visited the website shortly after I visited it and**

**confirmed that the same access barriers that I had encountered did in fact exist.**

9.    Please list any other Title III cases in which you have been a party in this District.

*Enrique Alvear v. Salt Pines, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02403-MSS-LSG.*

*Enrique Alvear v. Madewell Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02405-JLB-NHA.*

*Enrique Alvear v. Lymi Inc - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02406-KKM-AAS.*

*Enrique Alvear v. SLT Lending SPV, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02447-KKM-NHA.*

*Enrique Alvear v. Jaizai Investment Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02496-VMC-AEP.*

*Enrique Alvear v. Sprinkles Cupcakes, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02503-VMC-CPT.*

*Enrique Alvear v. Sunni Spencer Inc - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02512-WFJ-AEP.*

*Enrique Alvear v. Wick Candle Bar, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02537-CEH-NHA.*

*Enrique Alvear v. The Salty Donut Operations LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02674-KKM-LSG.*

*Enrique Alvear v. Hyppo, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02695-CEH-SPF.*

*Enrique Alvear v. Warby Parker Inc – U.S. District Court for the Middle District of Florida Case No. 8:24-cv-01797-SDM-AEP.*

*Enrique Alvear v. Diamonds Direct, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-01938-AAS.*

*Enrique Alvear v. Jackie Z. Style Co., St. Pete. LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-01940-KKM-TGW.*

*Enrique Alvear v. Yaya + Lou, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-01976-KKM-SPF.*

*Enrique Alvear v. Estia Hospitality, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-01986-KKM-SPF.*

*Enrique Alvear v. Albisia's Jewelry, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-01990-WFJ-AEP.*

*Enrique Alvear v. Barry's Bootcamp Holdings, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02008-SDM-AEP.*

*Enrique Alvear v. Pioneering Resorts & Restaurants, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02016-JLB-TGW.*

*Enrique Alvear v. Williams-Sonoma Stores, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02017-MSS-CPT.*

*Enrique Alvear v. ZV NY, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02034-JSM-NHA.*

*Enrique Alvear v. Gorjana & Griffin, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02035-TPB-TGW.*

*Enrique Alvear v. Clean Juice Holdings, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02201-JLB-CPT.*

*Enrique Alvear v. Meowbitchmeow, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02211-SDM-AAS.*

*Enrique Alvear v. CBFS Hospitality, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02262-SDM-AEP.*

*Enrique Alvear v. Hess Fine Arts, Inc. - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02318-JSM-SPF.*

*Enrique Alvear v. Procuretwc, LLC - U.S. District Court for the Middle District of Florida Case No. 8:24-cv-02344-WFJ-TGW.*

*Enrique Alvear v. Aldo U.S. Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00278-CEM-RMN.*

*Enrique Alvear v. Greg Norman Collection, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00299-JA-UAM.*

*Enrique Alvear v. Techtronic Industries Factory Outlets, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00300-RBD-UAM.*

*Enrique Alvear v. Puma North America, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00304-CEM-LHP.*

*Enrique Alvear v. Born United LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00308-CEM-UAM.*

*Enrique Alvear v. DVL USA Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00310-CEM-DCI.*

*Enrique Alvear v. Zumiez Inc - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00314-JSS-UAM.*

*Enrique Alvear v. Simply Southern Holdings, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00315-PGB-LHP.*

*Enrique Alvear v. Travismathew, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00318-GAP-DCI.*

*Enrique Alvear v. Serena & Lily, Inc - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00321-GAP-UAM.*

*Enrique Alvear v. Kontoor Retail, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00331-WWB-RMN.*

*Enrique Alvear v. Palmetto Moon, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00339-JSS-UAM.*

*Enrique Alvear v. Rise Pies, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00353-GAP-UAM.*

*Enrique Alvear v. Carter's Retail, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-00957-RBD-RMN.*

*Enrique Alvear v. Bob Evans Restaurants, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01014-JSS-RMN.*

*Enrique Alvear v. Academy, LTD. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01017-JSS-LHP.*

*Enrique Alvear v. Skip's Shoes & Western Boots, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01021-CEM-LHP.*

*Enrique Alvear v. Boot Barn, Inc - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01022-JSS-RMN.*

*Enrique Alvear v. Shaner Hotel Group Limited Partnership - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01052-CEM-DCI.*

*Enrique Alvear v. Stonewood Restaurant Group, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01056-RBD-RMN.*

*Enrique Alvear v. Pollo Operations, Inc. - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01057-PGB-LHP.*
*Enrique Alvear v. Broken Hook, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01104-RBD-DCI.*

*Enrique Alvear v. Franchise World Headquarters, LLC - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01105-PGB-DCI.*

*Enrique Alvear v. Houligan's Pub & Club, Inc - U.S. District Court for the Middle District of Florida Case No. 6:25-cv-01106-WWB-RMN.*

_____
ENRIQUE ALVEAR

STATE OF FLORIDA            )
                           ) ss:
COUNTY OF VOLUSIA           )

The foregoing was acknowledged before me by means of __X__ physical presence or____ online notarization by ENRIQUE ALVEAR, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of __X__ physical presence or _____ online notarization, on this __9th__ day of July, 2025.



_____
Signature of Person Taking Acknowledgment
Print Name: Christian Wenzara
Title: Notary Public
Serial No. (if any): HH538805
Commission Expires: 06/13/2028

Notary Stamp

CHRISTIAN WENZARA
Notary Public
State of Florida
Comm# HH538805
Expires 6/13/2028

12

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July, 2025, a true and correct

of the foregoing was electronically filed and served via transmission of

Notice of Electronic Filing generated by CM/ECF on all counsel or parties

of record on the Service List below:

Lin J. Wagner, Esq.
JACKSON LEWIS, P.C.
390 North Orange Avenue, Suite 1285
Orlando, FL  32801
(407) 246-8440
Lin.wagner@jacksonlewis.com

*Attorneys for Defendant*
*TRACTOR SUPPLY COMPANY*

*/s/ Roderick V. Hannah*
Roderick V. Hannah