## Declaration Of Enrique Alvear

I, Enrique Alvear, submit this declaration and declare the following:

1. I declare that I have personal knowledge of the facts contained herein.

2. I am a resident of Volusia County in the State of Florida and the United States of America.

3. I have been diagnosed by a Licensed Medical Doctor with "complete blindness" as a result of retinal detachment to both eyes.

4. Since I am completely blind, I rely on technology so that I can function in most areas of my day-to-day life.

5. Like most people, the use of technology allows me to access important information for me and my family that include news, restaurant menus and reviews, shopping and the related sales and savings, medical, pharmacy and homeopathic information, to name a few.

6. Where many times my use of technology is to learn more about a particular interest or current need, it is equally as important to help me, plan my visit to particular venues such as a restaurant or store.

7. My health issues are visually debilitating and as such, proper access to the internet and the information it contains is a very important part of my ability to function independently in my daily life.

8. With the auxiliary aides I have available to me and other assistance, I can function in most areas of my day-to-day life, but using technology, where such tools are either not present or not working as they are designed can be extremely difficult for me.

9. When using technology, I try to use enhancements to the hardware and software that helps remove the barriers that I would face without these enhancements and auxiliary aids. At times, these features will help me, but there are times in which the features are not helpful, as the website is so poorly designed that the barriers remain, no matter what I might do or use.

10. Technology is an important part of my daily life and allows me to prepare for and perform professional scholastic duties, as well as maintain a greater quality of life.

11. On March 9th, 2025, I was using my computer and attempted to access the Tractor Supply website located at https://www.tractorsupply.com/.

Document Ref: 3VSB6-SYFX9-FGQRZ-MQ5AM

12. I have traditionally browsed websites, such as this one, for information regarding the company. The information I would research include:

    a. business locations
    b. hours of operation
    c. product and service offerings
    d. pricing
    e. online purchasing
    f. coupons

13. When accessing the website, I: (1) was unable to fully access and navigate the website using my screen reader software; (2) was unable fully comprehend all the content on the website using my screen reader software; and (3) encountered a number of access barriers which did not allow me to fully and equally access, utilize, and enjoy the website and the services and products being offered by the company.

14. To conclude, the specific issues identified above have kept me from accessing/using the Defendant's website.

Under penalties of perjury, I hereby and affirm the following statements are true and correct.

*Enrique Alvear*                                    2025-04-25
_____                                 _____
Enrique Alvear                                      Date

Document Ref: 3VSB6-SYFX9-FGQRZ-MQ5AM

# CERTIFICATE *of* SIGNATURE

| REF. NUMBER | DOCUMENT COMPLETED BY ALL PARTIES ON |
|---|---|
| 3VSB6-SYFX9-FGQRZ-MQ5AM | 25 APR 2025 23:11:26 UTC |

**SIGNER** | **TIMESTAMP** | **SIGNATURE**

**ENRIQUE ALVEAR**

EMAIL
SANADORINVIDENTE@GMAIL.COM

SENT
25 APR 2025 11:14:10 UTC

VIEWED
25 APR 2025 23:10:14 UTC

SIGNED
25 APR 2025 23:11:26 UTC

*Enrique Alvear*

IP ADDRESS
35.140.176.246

LOCATION
DAYTONA BEACH, UNITED STATES

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
25 APR 2025 23:10:14 UTC

